AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Jennifer Chao

V.

Christiana Care Health System, Inc.,
f/k/a Medical Center of Delaware

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-774

TO: (Name and address of Defendant)

Christiana Care Health System, Inc.
f/k/a Medical Center of Delaware
501 West 14th Street
Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Rhodunda, Jr.
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street; Suite 710
P.O. Box 2054
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

NOV 2 8 2007

CLERK                                                                    DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>1/7/08 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND || TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CHRISTIANA CARE HEALTH SYSTEMS, INC AT 501 WEST 14TH ST. WILMINGTON, DE ACCEPTED BY SHRYA WALKER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/7/08
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.