# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER CHAO, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : C.A. No. 1:07-cv-00774-***-MPT |
| | : |
| HARTFORD LIFE INSURANCE COMPANIES, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a member of Hartford Insurance Group; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as counsel for Defendants Hartford Life Insurance Companies, Inc.; Hartford Life and Accident Insurance Company; Christiana Care Health System, Inc.; and Christiana Care Health System, Inc. Long Term Disability Plan, identified in the caption as Christiana Care Health System, Inc.

OF COUNSEL:

Brian P. Downey
PEPPER HAMILTON LLP
200 One Keystone Plaza
P.O. Box 1181
Harrisburg, PA 17108-1181
Telephone: (717) 255-1192

Dated: January 10, 2008

/s/ Matthew A. Kaplan
Matthew A. Kaplan (Del Bar #4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Attorneys for Defendants Hartford Life, Inc., Hartford Life and Accident Insurance Company, Christiana Care Health System, Inc., and The Christiana Care Health System, Inc., Long Term Disability Plan*

#9212684 v1

## **CERTIFICATE OF SERVICE**

      I, Matthew A. Kaplan, hereby certify that on January 10, 2008, a copy of the foregoing Notice of Entry of Appearance was served upon the following counsel of record via CM/ECF:

>William J. Rhodunda, Jr., Esq.
>Chandra J. Rudloff, Esq.
>1220 Market Street, Suite 710
>Wilmington, DE  19899

>/s/ Matthew A. Kaplan
>Matthew A. Kaplan (Del. Bar #4956)

#9212684 v1