IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER CHAO,<br><br>  Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANIES, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a member of Hartford Insurance Group; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware,<br><br>  Defendants. | C.A. No. 1:07-cv-00774<br><br>JURY TRIAL OF 12 DEMANDED |

## NOTICE OF DISMISSAL OF HARTFORD LIFE INSURANCE COMPANIES, INC., PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Jennifer Chao, by her undersigned counsel, hereby dismisses without prejudice all claims asserted by Jennifer Chao against Hartford Life, Inc., identified in the caption as Hartford Life Insurance Companies, Inc., only. Plaintiff does not dismiss her claims against any defendant other than Hartford Life Insurance Companies, Inc.

Respectfully submitted,

William J. Rhodunda, Jr. (#2774)
Chandra J. Rudloff (#4907)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
Wilmington, DE  19899
(302) 576-2000

Dated: January 11, 2008

*Attorneys for Plaintiff Jennifer Chao*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER CHAO, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO. 1:07-cv-00774 |
| : | |
| HARTFORD LIFE INSURANCE COMPANIES, : | |
| INC.; HARTFORD LIFE AND ACCIDENT : | |
| INSURANCE COMPANY, a member of Hartford : | |
| Insurance Group; CHRISTIANA CARE HEALTH : | |
| SYSTEM, INC., f/k/a Medical Center of Delaware : | |
| Group Long Term Disability Insurance Plan; : | |
| CHRISTIANA CARE HEALTH SYSTEM, INC., : | |
| f/k/a Medical Center of Delaware, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

And now, on this ___ day of ___, 2008, it is hereby ORDERED that defendant Hartford Life, Inc., identified in the caption as Hartford Life Insurance Companies, Inc., is DISMISSED from this action without prejudice.

_____
, J.

## CERTIFICATE OF SERVICE

I, Chandra J. Rudloff, hereby certify that on January 11, 2008, a copy of the foregoing Notice of Dismissal of Hartford Life Insurance Companies, Inc. was served upon the following counsel of record by CM/ECF:

> Matthew A. Kaplan, Esq.
> Pepper Hamilton, LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> P.O. Box 1709
> Wilmington, DE  19899-1709
>
> *Attorneys for Defendants Hartford Life and*
> *Accident Insurance Company and Hartford Life*
> *Insurance Companies, Inc.*

_____
Chandra J. Rudloff (Del. Bar #4907)