IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER CHAO, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : C.A. No. 1:07-cv-00774-***-MPT |
| | : |
| HARTFORD LIFE INSURANCE COMPANIES, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan; CHRISTIANA CARE HEALTH SYSTEM, INC., | : |
| | : |
| Defendants. | : |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, defendant Hartford Life and Accident Insurance Company, through its undersigned counsel, states that it is a wholly owned subsidiary of Hartford Holdings, Inc., which is a wholly owned subsidiary of Hartford Life, Inc., which is a wholly owned subsidiary of the Hartford Financial Services Group, Inc., which is publicly traded.

Date: January 15, 2008

/s/ Matthew A. Kaplan
Matthew A. Kaplan (DE Bar #4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P. O. Box 1709
Wilmington, DE 19899-1709
Phone: (302) 777-6500
Fax:    (302) 421-8390
Email: kaplanm@pepperlaw.com

Attorneys for Defendant Hartford Life and Accident Insurance Company

## CERTIFICATE OF SERVICE

I, Matthew A. Kaplan, hereby certify that on January 15, 2008, I caused a copy of the foregoing *Defendant's Rule 7.1 Disclosure Statement* to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

> William J. Rhondunda, Jr.
> Chandra J. Rudloff
> OBERLY, JENNINGS & RHONDUNDA, P.A.
> 1220 Market Street, Suite 710
> Wilmington, DE  19899

> /s/ Matthew A. Kaplan
> Matthew A. Kaplan (DE Bar #4956)