**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JENNIFER CHAO, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : C.A. No. 1:07-cv-00774-***-MPT |
| | : |
| HARTFORD LIFE INSURANCE COMPANIES, | : |
| INC.; HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY, a member of Hartford | : |
| Insurance Group; CHRISTIANA CARE HEALTH | : |
| SYSTEM, INC., f/k/a Medical Center of Delaware | : |
| Group Long Term Disability Insurance Plan; | : |
| CHRISTIANA CARE HEALTH SYSTEM, INC., | : |
| f/k/a Medical Center of Delaware, | : |
| | : |
| Defendants. | : |

**STIPULATION TO EXTEND TIME TO
ANSWER, RESPOND, OR MOVE AND ORDER**

Plaintiff and defendants Christiana Care Health System, Inc., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan, and Christiana Care Health System, Inc., f/k/a Medical Center of Delaware, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline for defendants Christiana Care Health System, Inc., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan, and Christiana Care Health System, Inc., f/k/a Medical Center of Delaware, to answer,

respond, or otherwise move in response to the complaint is hereby extended through and including March 10, 2008.

| | |
|---|---|
| **PEPPER HAMILTON LLP** | **OBERLY, JENNINGS & RHONDUNDA, P.A.** |
| By: /s/ Matthew A. Kaplan<br>Albert H. Manwaring, IV (#4339)<br>Matthew A. Kaplan (# 4956)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone No. (302) 777-6500<br>Facsimile No. (302) 421-8390 | By: /s/ William J. Rhondunda, Jr.<br>William J. Rhondunda, Jr. (#2774)<br>Chandra J. Rudloff (#4907)<br>OBERLY, JENNINGS & RHONDUNDA, P.A.<br>1220 Market Street, Suite 710<br>Wilmington, DE  19899<br>(302) 576-2000<br><br>*Attorneys for Plaintiff Jennifer Chao* |

*Attorneys for Defendants Hartford Comprehensive Employee Benefit Service Company, Hartford Life Insurance Company, Christiana Care Health System, Inc., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan, and Christiana Care Health System, Inc., f/k/a Medical Center of Delaware*

Dated: January 22, 2008

## ORDER

Approved and So Ordered this _____ day of _____, 2008.

_____
                                                                                                  J.