IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER CHAO,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE INSURANCE COMPANIES, INC.;<br>HARTFORD LIFE AND ACCIDENT INSURANCE<br>COMPANY, a member of Hartford Insurance Group;<br>CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a<br>Medical Center of Delaware Group Long Term Disability<br>Insurance Plan; CHRISTIANA CARE HEALTH<br>SYSTEM, INC., f/k/a Medical Center of Delaware,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 1:07-cv-00774-***-MPT<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION
## OF BRIAN P. DOWNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brian P. Downey, Esquire to represent Defendants Hartford Life Insurance Companies, Inc.; Hartford Life and Accident Insurance Company; Christiana Care Health System, Inc.; and Christiana Care Health System, Inc. Long Term Disability Plan, identified in the caption as Christiana Care Health System, Inc.

Dated: January 22, 2007

                  Respectfully submitted,

                  /s/ Matthew A. Kaplan
                  Matthew A. Kaplan (DE Bar No. 4339)
                  PEPPER HAMILTON LLP
                  Hercules Plaza, Suite 5100
                  1313 N. Market Street
                  Wilmington, DE  19899-1709
                  Telephone No. (302) 777-6500

                  *Attorneys for Defendants Hartford Life, Inc., Hartford*
                  *Life and Accident Insurance Company, Christiana*
                  *Care Health System, Inc., and The Christiana Care*
                  *Health System, Inc., Long Term Disability Plan*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Brian P. Downey *pro hac vice* is granted.

Dated: _____, 2008           _____
                                     J.

#9226740 v1

## CERTIFICATION OF BRIAN P. DOWNEY

Pursuant to Local Rule 83.5, I certify (1) that I am eligible for admission to this Court; (2) that I am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania; (3) that I do not reside in Delaware, I am not regularly employed in Delaware, and I am not regularly engaged in business, professional, or other similar activities in Delaware; (4) that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action, and (5) that I am generally familiar with this Court's Local Rules.

Dated: January 16, 2008

Brian P. Downey
PEPPER HAMILTON LLP
100 Market Street
Suite 200
Harrisburg, PA 17101-2044
Telephone No. (717) 255-1155

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, a copy of Defendants' Motion for Admission *Pro Hac Vice* of Brian P. Downey, Esquire was served upon the following via CM/ECF:

>William J. Rhodunda, Jr., Esq.
>Chandra J. Rudloff, Esq.
>1220 Market Street, Suite 710
>Wilmington, DE  19899

>/s/ Matthew A. Kaplan
>Matthew A. Kaplan (DE Bar No. 4956)