**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JENNIFER CHAO, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : C.A. No. 1:07-cv-00774-JJF |
| | : |
| HARTFORD LIFE INSURANCE COMPANIES, | : |
| INC.; HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY, a member of Hartford | : |
| Insurance Group; CHRISTIANA CARE HEALTH | : |
| SYSTEM, INC., f/k/a Medical Center of Delaware | : |
| Group Long Term Disability Insurance Plan; | : |
| CHRISTIANA CARE HEALTH SYSTEM, INC., | : |
| f/k/a Medical Center of Delaware, | : |
| | : |
| Defendants. | : |

**DEFENDANT CHRISTIANA CARE HEALTH SYSTEM, INC. F/K/A MEDICAL**
**CENTER OF DELAWARE'S MOTION TO DISMISS THE COMPLAINT**

For the reasons set forth in the accompanying brief, defendant Christiana Care Health System, Inc. f/k/a Medical Center of Delaware, through its undersigned counsel, hereby moves this Court to dismiss Plaintiff Jennifer Chao's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted.

Respectfully submitted,


/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Phone: (302) 777-6500
Fax: (302) 421.8390
Email: kaplanm@pepperlaw.com

Brian P. Downey (*pro hac vice*)
PEPPER HAMILTON LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone: (717) 255-1155
Fax: (717) 238-0575
Email: downeyb@pepperlaw.com

*Attorneys for Defendants Hartford Life Insurance Companies, Inc., Hartford Life and Accident Insurance Company, Christiana Care Health System, Inc., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan, and Christiana Care Health System, Inc., f/k/a Medical Center of Delaware*

Dated: March 10, 2008

## **CERTIFICATE OF SERVICE**

I, Matthew A. Kaplan, hereby certify that on March 10, 2008, I caused a copy of the foregoing ***Defendants' Motion to Dismiss the Complaint*** to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>William J. Rhondunda, Jr.
>Chandra J. Rudloff
>OBERLY, JENNINGS & RHONDUNDA, P.A.
>1220 Market Street, Suite 710
>Wilmington, DE  19899
>(302) 576-2000


>/s/ Matthew A. Kaplan
>Matthew A. Kaplan (#4956)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JENNIFER CHAO, | : |
|                       Plaintiff, | : |
|                  vs. | :   C.A. No. 1:07-cv-00774-JJF |
| HARTFORD LIFE INSURANCE COMPANIES, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a member of Hartford Insurance Group; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware, | : |
|                       Defendants. | : |

**ORDER**

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant Christiana Care Health System, Inc. f/k/a Medical Center of Delaware's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and the brief in support thereof, as well as the submissions of Plaintiff in response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and Plaintiff's Complaint is dismissed as to Christiana Care Health System, Inc. f/k/a Medical Center of Delaware with prejudice.

                                                         BY THE COURT:

                                                         _____
                                                          UNITED STATES DISTRICT JUDGE