IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER CHAO, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 07-774-JJF |
| HARTFORD LIFE INSURANCE COMPANIES; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a member of Hartford Insurance Group; CHRISTIANA CARE HEALTH SYSTEM, INC,, f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware, | : |
|     Defendant. | : |

<u>ORDER</u>

WHEREAS, on March 10, 2008, Defendant, Christiana Health Care System, Inc., f/k/a Medical Center of Delaware, filed a Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (D.I. 14);

WHEREAS, Plaintiff's response to Defendant's Motion to Dismiss was due on March 28, 2008;

WHEREAS, Plaintiff has not yet responded to Defendant's Motion;

NOW THEREFORE IT IS HEREBY ORDERED Plaintiff shall file a response to Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (D.I. 14) **no later than ten days from the date this Order is filed.** If Plaintiff does not file a response by the date indicated, the Court will decide the Motion

on the papers submitted.

July 2, 2008

_____
UNITED STATES DISTRICT JUDGE