IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER CHAO,<br><br>    Plaintiff,<br><br>  vs.<br><br>HARTFORD LIFE INSURANCE COMPANIES, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a member of Hartford Insurance Group; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan; CHRISTIANA CARE HEALTH SYSTEM, INC., f/k/a Medical Center of Delaware,<br><br>    Defendants. | C.A. No. 1:07-cv-00774-JJF<br><br><br>RE: Docket Nos. 14, 15 & 16 |

**STIPULATION TO DISMISS DEFENDANTS CHRISTIANA CARE HEALTH SYSTEM, INC. F/K/A MEDICAL CENTER OF DELAWARE GROUP LONG TERM DISABILITY INSURANCE PLAN & CHRISTIANA CARE HEALTH SYSTEM, INC., F/K/A MEDICAL CENTER OF DELAWARE WITHOUT PREJUDICE**

Plaintiff and Defendants Christiana Care Health System, Inc., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan, and Christiana Care Health System, Inc., f/k/a Medical Center of Delaware, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the Court, that the defendants Christiana Care Health System, Inc., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan, and Christiana Care Health System, Inc., f/k/a Medical Center of Delaware, are hereby dismissed without prejudice as defendants in this action.

[SIGNATURE PAGE FOLLOWS]

| PEPPER HAMILTON LLP | WOLFBLOCK, LLP. |
|---|---|
| By: *[signature]* <br> Albert H. Manwaring, IV (#4339) <br> Matthew A. Kaplan (# 4956) <br> PEPPER HAMILTON LLP <br> Hercules Plaza, Suite 5100 <br> 1313 N. Market Street <br> P.O. Box 1709 <br> Wilmington, DE 19899-1709 <br> Telephone No. (302) 777-6500 <br> Facsimile No. (302) 421-8390 | By *[signature]* <br> William J. Rhodunda, Jr. (#2774) <br> Chandra J. Rudloff (#4907) <br> 1100 North Market Street, Suite 1001 <br> Wilmington, DE 19801 <br> (302) 777-697 <br><br> *Attorneys for Plaintiff Jennifer Chao* |

*Attorneys for Defendants Hartford Comprehensive Employee Benefit Service Company, Hartford Life Insurance Company, Christiana Care Health System, Inc., f/k/a Medical Center of Delaware Group Long Term Disability Insurance Plan, and Christiana Care Health System, Inc., f/k/a Medical Center of Delaware*

Dated: July 8, 2008

## ORDER

Approved and So Ordered this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.